IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM SCOTT BEATTY, SR., | No. 3:19-CV-01802 |
| Petitioner, | (Judge Mariani) |
| v. | |
| MARK GARMAN, et al., | |
| Respondents. | |

## ORDER

**AND NOW, THIS 22ND DAY OF MAY, 2020**, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Doc. 1) is **DISMISSED** as untimely;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge